# KEANE & ASSOCIATES

AMY C. GROSS, ESQ  
Admitted in NY

**MAILING ADDRESS:**  
**P.O. BOX 2996**  
HARTFORD CT, 06104-2996

TELEPHONE: 917-778-6680  
FACSIMILE: 844-571-3789

Direct Dial: 917-778-6462  
Email: ACGROSS@TRAVELERS.COM

**MEMO ENDORSED**

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 1/19/2021

January 19, 2021

BY ECF:

Hon. Valerie E. Caproni  
United States District Court  
Southern District of New York  
Thurgood Marshal United States Courthouse  
40 Foley Square  
New York, New York 10007

**Re:   Travelers Property Casualty Company of America v. Wesco Insurance Company**  
        Case Number: 20-cv-9888 (VEC)  
        Our Matter Number: 2020134460

Dear Judge Caproni:

        This firm represents the plaintiff, Travelers Property Casualty Company of America ("Travelers"), in the above referenced matter. I write to request an adjournment of the Initial Pretrial Conference in this matter, currently scheduled for January 29, 2021, until February 12 or 19, 2021, or to such other date thereafter as is convenient for the Court, with the joint letter and proposed case management plan and scheduling order (currently due to be submitted on January 21, 2021) to be submitted one week before the adjourned Initial Status Conference date.

        The reason for this request is that Defendant Wesco Insurance Company ("Wesco") has not yet answered or otherwise appeared in this matter. Travelers served Wesco with the Summons and Complaint in this matter, as well as the Notice of Initial Pretrial Conference, on December 3, 2020, but has as of yet heard nothing from Wesco in response. Travelers believes it will not be practicable to produce a joint letter and proposed case management plan and scheduling order, and to have a productive Initial Status Conference, before Wesco has appeared.

*Not a Partnership or Professional Corporation All attorneys are Employees of The Travelers Indemnity Company And its Property Casualty Affiliates*

| CONNECTICUT OFFICE: | NEW YORK OFFICE: |
|---|---|
| ONE TOWER SQUARE | 485 LEXINGTON AVENUE |
| HARTFORD CT, 06183 | 6TH FLOOR |
| | NEW YORK, NY 10017 |

Travelers has made no previous request for the relief requested in this letter. Travelers has not sought consent from opposing counsel for the relief requested in this letter because no counsel has yet appeared in this matter for Wesco.

> Respectfully,
>
> /s/ Amy C. Gross
>
> Amy C. Gross

Application DENIED. No later than **January 29, 2021** Plaintiff must move for default judgment against Defendant consistent with the procedures described in Attachment A to the undersigned's Individual Practices in Civil Cases. The initial pretrial conference scheduled for January 29, 2021 is canceled.

SO ORDERED.

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

1/19/2021

Not a Partnership or Professional Corporation All attorneys are Employees of The Travelers Indemnity Company And its Property Casualty Affiliates

| CONNECTICUT OFFICE: | NEW YORK OFFICE: |
|---|---|
| ONE TOWER SQUARE | 485 LEXINGTON AVENUE |
| HARTFORD CT, 06183 | 6TH FLOOR |
| | NEW YORK, NY 10017 |