USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/21/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA,

                      Plaintiff,

      -against-                         20-cv-9888 (VEC)

                                      ORDER

WESCO INSURANCE COMPANY,

                      Defendant.
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS a pretrial conference was held on June 21, 2021;

       IT IS HEREBY ORDERED THAT:  Plaintiff's partial motion for summary judgment is due **July 23, 2021**.  Defendant's response and cross-motion is due **August 20, 2021**.  Plaintiff's reply and response to Defendant's motion is due **September 17, 2021**.  Defendant's reply in support of its partial motion for summary judgment is due **October 1, 2021.**

**SO ORDERED.**

Date:  June 21, 2021
       New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**