UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
TRAVELERS PROPERTY CASUALTY COMPANY
OF AMERICA,

                                  Plaintiff,              20-CV-9888 (VEC)

                -against-                      **STIPULATION OF**
                                                                           **VOLUNTARY DISMISSAL**
WESCO INSURANCE COMPANY,             **PURSUANT TO**
                                                                                 **F.R.C.P. 41(a)(1)(A)(ii)**
                                  Defendant.
-------------------------------------------------------------------X

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the above-captioned action is voluntarily dismissed, without prejudice against Defendant Wesco Insurance Company pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: April 1, 2022

| REID & ASSOCIATES | KENNEDYS CMK LLP |
|---|---|
| By: _____<br>        Amy C. Gross<br>*Attorneys for Plaintiff Travelers Property*<br>*Casualty Company of America*<br>P.O. Box 2996<br>Hartford, CT 06104-2996<br>P: (917) 778-6462<br>F: (844) 571-3789<br>acgross@travelers.com | By: _____<br>        Max W. Gershweir<br>*Attorneys for Defendant*<br>*Wesco Insurance Company*<br>570 Lexington Avenue – 8th Floor<br>New York, New York 10022<br>P: (212) 252-0004<br>F: (212) 832-4920<br>Max.Gershweir@kennedyslaw.com |